# Local Rule Notice of and Assignment
## of Related Case in Original Proceedings
[sample; file with petition in original proceeding]

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

CHRISTOPHER A. PRINE
Clerk

As required by the Local Rules Relating to Assignment of Related Cases to and Transfers of Related Cases between the First and Fourteenth Courts of Appeals, I certify that the following related appeal or original proceeding has been previously filed in either the First or Fourteenth Court of Appeals:

☑ None

☐ Caption: _____

Trial court
case number: 2013-00543

Appellate court
case number: 01-15-00604-CV

_____
[Signature of certifying attorney or pro se party]

7/1/2015
_____
[Date]

**Note:** See Local Rules for the definitions of "underlying case," "related," and "previously filed."